UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

In Re:                              :        Chapter 11
                                    :
                                    :
Sunderdat Sookram,                  :        Case No.: 20-13038 (SLM)
                                    :
                                    :        Honorable Stacey L. Meisel
Debtor.                             :
                                    :

---

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**Sam Della Fera, Jr., Esquire**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue, Second Floor**
**Roseland, NJ   07068**
**(973) 721-5019**
**sdellafera@msbnj.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By:    */s/ Martha R. Hildebrandt*
         Martha R. Hildebrandt
         Assistant United States Trustee

Dated:   February 26, 2020